**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

PEARLIE LYONS, President, and LYONS
TRANSPORTATION SERVICES, INC.,

    Plaintiffs,

v.                                            Case No.  2:08-cv-76-FtM-34DNF

THOMAS J. KENTER, Vice President and
Controller, and NATIONAL EXPRESS
GROUP,

    Defendants.
_____/

## O R D E R[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 14; Report), entered by the Honorable Douglas N. Frazier, United States Magistrate Judge, on April 24, 2008.  In the Report, Magistrate Judge Frazier recommended that the Court dismiss Plaintiff Lyons Transportation Services, Inc. from this action for failure to comply with this Court's Orders and failure to retain counsel.  See Report at 2.  None of the parties filed objections to the Report, and the time in which to do so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. No. 14) is **ADOPTED** as the opinion of the Court.

2. The claims brought by Plaintiff Lyons Transportation Services, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Fort Myers, Florida, this 15th day of June 2008.

MARCIA MORALES HOWARD
United States District Judge

lc5
Copies to:
Counsel of Record
Pro Se Plaintiff